Aram Kaspar, appellant, v. Absalom Eshoo, also known as Absalom Eshoo Daniel, appellee. Gen. No. 38,860.

Opinion filed March 24, 1937.

Walter C. Wellman, for appellant. Bennett & Colbach, for appellee.

Mr. Justice Hall delivered the opinion of the court.

The National Bank of the Republic of Chicago, appellee, v. Kaspar American State Bank, appellant. Gen. No. 38,869.

Opinion filed March 24, 1937. Rehearing denied April 12, 1937.

Robertson, Crowe & Spence, for appellant; Eugene P. Kealy, of counsel. Lord, Lloyd & Bissell, for appellee; A. C. Wetterstorm and Gordon R. Close, of counsel.

Mr. Justice Hall delivered the opinion of the court.

J. Harry Green, appellee, v. James Stewart Corporation, appellant. Gen. No. 38,838.

Opinion filed March 24, 1937.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter, Leslie H. Vogel and George C. Bunge, of counsel. F. L. Fairbank and Thomas Marshall, for appellee.

Mr. Justice Hebel delivered the opinion of the court.